# United States Court of Appeals
# for the Eighth Circuit

## No. 24-1410

Association for Government Accountability; Mark Koran, Senator; Calvin Bahr, Senator; James Roschen; Debra Roschen; Megan Nelson; Andrew Nelson; Dawn Appel; Daniel Appel; Cindy Kohn; David Kohn; Tammi Johnson; Larry Johnson; Meghan Hewitt; A.H., by her next friend and parent Meghan Hewitt; Sarah Johnson; A.J., by his next friend and parent Sarah Johnson,

                                                                                           Appellants,

v.

Steve Simon, individually and in his official capacity as Minnesota Secretary of State, or his successor; David Maeda, individually and in his official capacity as Director of Elections for State of Minnesota, or his successor,

                                                                                           Appellees.

## APPELLANTS' STATEMENT OF ISSUES

The Appellants intend to submit the following issues or similar issues in their principal appellate brief for this Court's disposition:

> Whether the lower court erred in granting the motion to dismiss based on its interpretation of the DPPA's civil-enforcement provision.
>
> Whether the lower court erred in denying the motion for preliminary injunction based on the *Dataphase* factors.

Appellate Case: 24-1410     Page: 1     Date Filed: 03/06/2024 Entry ID: 5370492

Dated: March 6, 2024.  /s/Erick G. Kaardal
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email: kaardal@mklaw.com
*Attorneys for Appellants*

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on <u>March 6, 2024,</u> I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Erick G. Kaardal</u>