# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1410

Association for Government Accountability, et al.

Appellants

v.

Steve Simon, individually and in his official capacity as Minnesota Secretary of State, or his successor and David Maeda, individually and in his official capacity as Director of Elections for State of Minnesota, or his successor

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-03159-PAM)

_____

**ORDER**

Appellants' motion for an expedited appeal is denied.

March 14, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans